# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| THRIVENT FINANCIAL FOR LUTHERANS, | ) ) ) |
| Plaintiff, | ) ) |
| vs. | ) Case number 4:06cv1851 TCM ) |
| CHRISTINE HUGHEY, DOUGLAS J. WIDAMAN, and SCOTT M. WIDAMAN, | ) ) ) ) |
| Defendants. | ) ) |

## ORDER

Comes now the Court, and on its own motion, amends the second and third paragraphs of its Order of January 25, 2008, and of March 10, 2008, to read as follows:

The defendants named in Count III, Scott M. Widaman and Christine Hughey, have settled their competing claims as to the proceeds of Contract No. 4261590 and have agreed that of *one-half of the remaining principle, plus associated interest less administrative fees, is to be paid to Christine Hughey and one-half of the remaining principle, plus associated interest less administrative fees, is to be paid to Scott M. Widaman.*

SO ORDERED.

/s/ Thomas C. Mummert, III
THOMAS C. MUMMERT, III
UNITED STATES MAGISTRATE JUDGE

Dated this 20th day of March, 2008.